FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 23 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KIAMA FALTINE and KHAFA FALTINE,

         Plaintiffs,

-against-

THE CITY OF NEW YORK, CAPTAIN JOSEPH
HAYWARD (Tax #923936), POLICE OFFICER
WILLIAM SCHUMACHER (Tax # 949640),
SERGEANT ROBERT PATELLI (Tax.# 895500),
LIEUTENANT SEAN PATTERSON (Tax #
921661), DETECTIVE ROBERT AASHEIM, (Tax #
905344), POLICE OFFICER SZACHACZ, POLICE
OFFICER SCHIERENBECK, POLICE OFFICER
JOSE ALVAREZ (Tax # 941343), POLICE
OFFICER MCKIVER and POLICE OFFICERS
JOHN DOE 1-10,

         Defendants.
-------------------------------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

14 CV 3263 (ILG)(MDG)

  WHEREAS, the parties have reached a settlement agreement on January 28, 2015, and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

  1. The above-referenced action is hereby dismissed with prejudice as against all parties; and

  2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement

agreement reached between the parties and set forth in the Stipulation of

Settlement executed by the parties in this matter.

WALE MOSAKU, ESQ.
*Attorney for Plaintiff*
LAW OFFICERS OF WALE MOSAKU, P.C.
25 Bond Street, 3rd Floor
New York, NY 11201

Wale Mosaku, Esq.
*Attorney for Plaintiff*

Dated: New York, New York
3/23/15, 2015

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Joseph Hayward, William Schumacher,
Robert Patelli, Sean Patterson, Robert
Ausheim, Walter Szachacz, Robert
Schierenbeck, Jose Alvarez and William
McKiver*
100 Church Street
New York, New York 10007

Deborah L. Mbabazi
*Assistant Corporation Counsel*

SO ORDERED:

HON. I. LEO GLASER
UNITED STATES DISTRICT JUDGE